IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06- 105M - MPT |
| | ) | |
| STEPHANIE GRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO SEAL

**NOW COMES** the United States of America, by and through its attorney, Colm F.

Connolly, United States Attorney for the District of Delaware, and hereby moves this Honorable

Court to seal the Criminal Complaint, Warrant for Arrest and related file.

Respectfully Submitted,

COLM F. CONNOLLY
UNITED STATES ATTORNEY

Dated:    September 8, 2006

**IT IS SO ORDERED** this _____8_____ day of _____, 2006, that the

file in the above-captioned case shall remain under seal until further order of the Court.

THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE

FILED

SEP  8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE