AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

Stephanie Gray

**WARRANT FOR ARREST**

CASE NUMBER: 06- 105m-MPT



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Stephanie Gray when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a

___ Indictment ___ Information __X__ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging the Defendant with (brief description of offense)

conspiracy to distribute heroin and fentanyl and use of a communication facility in facilitating the distribution of heroin and fentanyl,

in violation of Title __21__ United States Code, Section (s) __841(a)(1), 843(b) and 846.__

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| Signature of Issuing Officer | September 8, 2006   Wilmington, DE |
| | Date and Location |
| Bail fixed at $ _____ | by _____ |
| | Name of Judicial Officer |

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 9-8-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-11-06 | Thomas E. Jacobs, S/A | |

AO 442 (Rev. 12/85) Warrant for Arrest