IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 06- 104. |
| STEPHANIE GRAY, | ) ) ) |
| Defendant. | ) ) |

## FELONY INFORMATION

### Count I

From in or about December 2005, and continuing up to in or about May 2006, in the State and District of Delaware, Stephanie Gray, defendant herein, did knowingly conspire and agree with individuals known and unknown to the government to commit the following offense against the United States: to knowingly distribute heroin and fentanyl, controlled substances, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

COLM F. CONNOLLY
United States Attorney

Dated: September 14, 2006



FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE