IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal No. 06-104 (GMS) |
| | : | |
| STEPHANIE GRAY, | : | |
| | : | |
| Defendant. | : | |

## RE-NOTICE OF SCHEDULING

IT IS HEREBY ORDERED that the initial appearance/change of plea hearing regarding the above-captioned defendant currently scheduled for Friday, October 6, 2006, at 9:00 a.m. **HAS BEEN RESCHEDULED** to **Monday, October 16, 2006, at 3:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

September 28, 2006