IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-104 GMS |
| | : |
| STEPHANIE GRAY | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the initial appearance/change of plea hearing regarding the above-captioned defendant is rescheduled to **Monday, October 16, 2006, at 1:00 p.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

October 13, 2006