IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| United States of America, | : |
| Plaintiff, | : |
| v. | : Criminal No. 06-104 |
| Stephanie Gray, | : |
| Defendant, | : |

**<u>SATISFACTION OF JUDGMENT</u>**

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

By:                                        
                                                  Patricia C. Hannigan
                                                  Assistant United States Attorney
                                                  Delaware Bar I.D. No. 2145
                                                  The Nemours Building
                                                  1007 Orange Street, Suite 700
                                                  P. O. Box 2046
                                                  Wilmington, DE 19899-2046
                                                  (302) 573-6277
                                                  Patricia.Hannigan@usdoj.gov

June 5, 2007