PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:06CR00104-001 GMS |
| Stephanie Gray | ) |
| Defendant | ) |

**Petition on Probation and Supervised Release**

COMES NOW Carol L. Sain PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Stephanie Gray, who was placed on supervision by the Honorable Gregory M. Sleet, sitting in the court at Wilmington on the 16th day of January, 2007 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a drug aftercare treatment program which may include urine testing, at the direction of the probation officer.
2. The defendant shall perform 200 hours of community service as directed by the probation officer.

It is further ordered that the defendant pay to the United States a fine of $3000, and a special assessment of $100, which shall be due immediately.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Stephanie Gray so that she can be brought before the Court to answer the charges of violating the conditions of her supervised release

ORDER OF COURT

Considered and ordered this 22nd day of June, 2007.

_____
U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place    Wilmington, Delaware

Date    June 20, 2007

FILED
JUN 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION/Gray
Page 2

<u>Mandatory Condition:</u>    "The defendant shall refrain from any use of a controlled substance."

**Evidence:** Ms. Gray has missed one random urinalysis on May 7, 2007, and submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | Scientific Testing Laboratories Specimen No. | Drug |
| --- | --- | --- |
| 02/22/2007 | C00515928 | Morphine |
| 03/06/2007 | C00547374 | Morphine |
| 03/19/2007 | C00547358 | Morphine |
| 03/30/2007 | C00451059 | Morphine, Codeine and Hydromorphone |
| 05/22/2007 | C00547304 | Morphine |
| 05/31/2007 | C90547288 | Marijuana |
| 06/08/2007 | C00773746 | Morphine |

On March 30, 2007, during an Administrative Hearing, Ms. Gray admitted to this officer, and Deputy Chief United States Probation Officer, John G. Selvaggi, that she had used heroin. Again on June 13, 2007, Ms. Gray admitted to this officer she had used heroin on two separate occasions, and ingested marijuana for "a week straight."