IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Criminal Action No. 06-104-GMS |
| STEPHANIE GRAY, | )<br>)<br>) | |
| Defendant. | )<br>) | |

### MOTION FOR DETENTION

**NOW COMES** the United States and moves for the detention of the defendant, Stephanie Gray, pursuant to 18 U.S.C. §§ 3143(a) and 3583(e) and Federal Rules of Criminal Procedure 32.1(a)(6) and 46, pending a hearing on the violation of supervised release petition. In support of the motion, the United States alleges that the defendant poses a danger to the community, a risk of non-appearance and cannot meet her burden of proving, by clear and convincing evidence, that she is not likely to pose a risk of flight or danger to the community if released. The United States further alleges that the defendant cannot demonstrate that she is able to abide by any condition or combination of conditions of release.

Respectfully submitted,

Colm F. Connolly
United States Attorney

Dated: July 2, 2007



FILED

JUL 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE