AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

STEPHANIE GRAY

**WARRANT FOR ARREST**

Case Number: 06-CR-104-1 GMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ STEPHANIE GRAY _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

SEE ATTACHED PETITION

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title _____ United States Code, Section(s) _____

Peter Dalleo, Clerk of Court
Name of Issuing Officer

*[signature]* Maura McDavid, Deputy Clerk
Signature of Issuing Officer

Clerk of Court
Title of Issuing Officer

June 22, 2007, at Wilmington, Delaware
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

544 King St W/m DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-22-07 | William David, DUSM | *[signature]* William David |
| DATE OF ARREST | | |
| 6-26-07 | | |