PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                                 )
      Plaintiff,              )
                                 )
       vs.                  )     **Criminal Action No.  1:06CR00104-001 GMS**
                                 )
**Stephanie Gray**          )
**Defendant**           )

### Petition on Probation and Supervised Release

COMES NOW Carol L. Sain  PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Stephanie Gray, who was placed on supervision, after revocation, by the Honorable Gregory M. Sleet, sitting in the court at Wilmington on the 13th day of July, 2007 who fixed the period of supervision at 24 months, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall comply with all standard and special conditions imposed during her original sentencing on January 16, 2007.
2. The defendant shall participate in mental health treatment program, at the direction of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that Stephanie Gray's conditions of supervision be modified, to participate in and complete the Crest Program, which will include drug testing.

ORDER OF COURT

Considered and ordered this __18th__ day of January 2008.

_____
Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place    Wilmington, Delaware

Date    January 16, 2008

```
F I L E D

JAN 1 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

**PETITION/Gray**
**Page 2**

<u>Mandatory Condition:</u>    "The defendant shall refrain from any use of a controlled substance."

**Evidence:** Ms. Gray has missed one random urinalysis on January 7, 2008, and submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | Scientific Testing Laboratories Specimen No. | Drug |
|------|----------------------------------------------|------|
| 10/09/07 | C00773954 | Marijuana, Cocaine |
| 10/16/07 | C00773932 | Cocaine |
| 10/30/07 | C00773921 | Marijuana |
| 11/20/07 | C00917121 | Marijuana |
| 12/12/07 | C00451174 | Marijuana |

On January 8, 2008, during an Administrative Hearing, Ms. Gray admitted to this officer, and Deputy Chief United States Probation Officer, John G. Selvaggi, that the December 12, 2007 test result was the due to her use of marijuana.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
DELAWARE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To participate in, and complete the Crest Program as directed, which may include urine testing.

Witness: _____    Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

_____
1-15-08.
DATE