PROB 12
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. <u>1:06CR00104-001 GMS</u> |
| Stephanie Gray | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Carol L. Sain</u> PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Stephanie Gray, who was placed on supervision, after revocation, by the Honorable <u>Gregory M. Sleet,</u> sitting in the court at <u>Wilmington</u> on the <u>13th</u> day of <u>July,</u> <u>2007</u> who fixed the period of supervision at <u>24 months</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall comply with all standard and special conditions imposed during her original sentencing on January 16, 2007.
2. The defendant shall participate in mental health treatment program, at the direction of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Please see attached

PRAYING THAT THE COURT WILL ORDER that Stephanie Gray's conditions of supervision to be modified, to participate in and complete the Crest Program, which may include urine testing. Once Ms. Gray has successfully completed the Crest Program, she will be released from custody.

ORDER OF COURT

Considered and ordered this 14th day of July, 2008.

_____
Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
Probation Officer

Place     Wilmington, Delaware

Date     July 14, 2008

FILED
JUL 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION/Gray
Page 2

Mandatory Condition:   "The defendant shall refrain from any use of a controlled substance."

**Evidence:** Ms. Gray has missed one random urinalysis on January 7, 2008, and submitted urine specimens on the following dates that have tested positive for the use of a controlled substance:

| Date | Scientific Testing Laboratories Specimen No. | Drug |
|---|---|---|
| 10/09/07 | C00773954 | Marijuana, Cocaine |
| 10/16/07 | C00773932 | Cocaine |
| 10/30/07 | C00773921 | Marijuana |
| 11/20/07 | C00917121 | Marijuana |
| 12/12/07 | C00451174 | Marijuana |

On January 8, 2008, during an Administrative Hearing, Ms. Gray admitted to this officer, and Deputy Chief United States Probation Officer, John G. Selvaggi, that she had used marijuana, after she was knowingly pregnant.